Michele J. Beilke (SBN 194098)
mbeilke@reedsmith.com
Julia Y. Trankiem (SBN 228666)
jtrankiem@reedsmith.com
Rafael N. Tumanyan (SBN 295402)
rtumanyan@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

*Attorneys for Defendant*
ABBOTT LABORATORIES

S. BRETT SUTTON 143107
JARED HAGUE 251517
ANTHONY E. GUZMAN II 311580
SUTTON HAGUE LAW CORPORATION, P.C.
5200 N. Palm Avenue, Suite 203
Fresno, California 93704
Telephone: (559) 325-0500
Facsimile: (559) 981-1217

*Attorneys for Plaintiff*
ERICA SULLIVAN

[Caption continued on following page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA SULLIVAN, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOFTPATH SYSTEM, LLC, A Georgia Limited Liability Company; ABBOTT LABORATORIES, An Illinois Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:17-CV-02424-KJM-KJN<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO AMEND COMPLAINT**<br><br>Complaint Filed: August 25, 2017 |

| | |
|---|---|
| 1 | ANDERIES & GOMES LLP |
| 2 | Shane K. Anderies (SBN 215415) |
|   | Allan J. Gomes (SBN 225810) |
| 3 | 601 Montgomery Street, Suite 888 |
| 4 | San Fransisco, California 94111 |
|   | Telephone: (415) 217-8802 |
| 5 | Facsimile: (415) 217-8803 |
| 6 | sanderies@andgolaw.com |
|   | agomes@andgolaw.com |
| 7 | |
| 8 | *Attorneys for Defendant* |
|   | SOFTPATH SYSTEM, LLC |

ORDER GRANTING PLAINTIFF LEAVE TO AMEND COMPLAINT

Pursuant to Plaintiff Erica Sullivan ("Plaintiff"), Defendant Softpath System, LLC ("Softpath"), and Defendant Abbott Laboratories' ("Abbott") Joint Stipulation Regarding Scope of Class, IT IS HEREBY ORDERED that:

Plaintiff is granted leave to file a Second Amended Complaint by January 8, 2018 for the limited purpose of revising the class definitions in her operative pleading to cover only Softpath employees who performed services at an Abbott work site.

DATED: January 8, 2018.

_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF LEAVE TO AMEND COMPLAINT