**S. BRETT SUTTON 143107**
**JARED HAGUE 251517**
**ANTHONY E. GUZMAN II 311580**
**SUTTON HAGUE LAW CORPORATION, P.C.**
5200 N. Palm Avenue, Suite 203
Fresno, California 93704
Telephone: (559) 325-0500
Facsimile: (559) 981-1217

Attorneys for Plaintiff:
ERICA SULLIVAN, as an individual and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| ERICA SULLIVAN, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOFTPATH SYSTEM, LLC, a Georgia Limited Liability Company; ABBOTT LABORATORIES, an Illinois Corporation; and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:17-CV-02424-KJM-KJN<br><br>[Solano County Superior Court Case No. FCS049482]<br><br>**ORDER TO REMAND MATTER TO STATE COURT**<br><br>Date: January 12, 2018<br>Time: Submitted<br>Courtroom: 3, 15th Floor<br>Judge: Kimberly J. Mueller |

This matter was heard by the Court on January 12, 2018 at 10:00 a.m. in Courtroom 3 of the above-captioned Court before the Honorable Kimberly J. Mueller pursuant to the noticed Motion to Remand to State Court.

The Court, having considered the documents filed by the parties in connection with Plaintiff's motion and the oral arguments of counsel, finds with good cause therefore as follows:

1. This action is remanded to Solano County Superior Court, Case No. FCS049482.

2. Defendants cannot make any further attempts to remove this matter to Federal Court.

Dated: January 22, 2018.

_____
UNITED STATES DISTRICT JUDGE

_____
ORDER TO REMAND MATTER TO STATE COURT